UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANETTE AMBROSCH, and GLORIA
ASENJO, individually and on
behalf of the class,

       Plaintiffs,

   -v-

CROWN ASSET MANAGEMENT, LLC,

       Defendant.

23-cv-2567 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

The Clerk of Court is respectfully directed to close this case.

    SO ORDERED.

New York, NY
February __26__, 2026

_____
JED S. RAKOFF, U.S.D.J.